BRYAN L. HAWKINS (SB #238346)
bryan.hawkins@stoel.com
CAROLINE J. LIVETT (SB #151871)
caroline.livett@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  916.447.0700
Facsimile:  916.447.4781

Attorneys for Defendant
TriWest Healthcare Alliance Corp.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SOUSA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRIWEST HEALTHCARE ALLIANCE CORP.; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendant. | Case No. 2:19-cv-02132-WBS-DB<br><br>ORDER ON STIPULATION FOR ORDER OF DISMISSAL |

ORDER ON STIPULATION FOR ORDER OF DISMISSAL

The Court has reviewed the Parties' Stipulation for Order of Dismissal;

　　　GOOD CAUSE APPEARING THEREFORE, IT IS HERBY ORDERED that the above-captioned case is hereby ordered dismissed, with prejudice, and with each party to bear its own costs and attorneys' fees.

Dated:  January 22, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE